Tamisha lewis-Junge
Name
3748 Alden Circle
Mailing address
Anchorage, AK 99517
City, State, Zip
907-615-0060
Telephone

RECEIVED

OCT 09 2025

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Tamisha lewis-Junge
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Paul Olson,
Sharleen Olson,
U.S Air Force,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:25-cv-274-RRB
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

### B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Tamisha lewis-Junge
(print your name)

who presently resides at 3748 Alden Circle Anchorage Ak 99517
(mailing address)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1,_____Paul Olson_____ is a citizen of
_____
(name)

_____, and is employed as a_____.
(state)                                                    (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2,_____Sharleen Olson_____ is a citizen of
(name)

_____, and is employed as a_____.
(state)                                                    (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____U.S Air Force_____ is a citizen of
(name)

_____, and is employed as a_____.
(state)                                                    (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).


**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Case 3:25-cv-00274-RRB    Document 1    Filed 10/09/25    Page 2 of 7

__Freedom, Freedom from Cruel and Unusal Puninshment__

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by ___Paul Olson___
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

looked on CourdView and he claimed to be lawer on of father being attack to leave house.

So they made up a plan to impersonate me with technology made up delusional police charges by checking out hypnoss, camouflage, Deepfake audio, nano.

Then claimed they were being attacked for ransom and clothes for prostute Sharleen.

So their plan was to have Paul claim know me as a lawyer to harress me into thinking I have some type of charge in the law

Team is trying to make John Lewis like Corey - for sharleen

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 3 of 7

<u>Claim 2</u>: On or about ___2017 - 2025___, my civil right to
___Freedom, Freedom from Cruel and Unusal Punishment___
(Date)
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List only one violation.)
was violated by ___Sharleen Olson___
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2.  State what
happened briefly and clearly, in your own words.  Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

She is the lady that broke into my house and stole off my pourch.

Made up a delusion of being a mother with my father John Lewis and made up a hidden plan to harrass me, beg for ransom, and to Claim Cloths, also to be taken care like a wife. She is random lady that show up after Emeilta's death, with this plan.
Claim m Homeless

She is a smoker during pregnancy of maryuwane and cigerated. Also lies for food and Claims delusions so I can't eat what I want. Person with technology/ team is beg for her to be liked, and to claim delusion of her being mother of me (Tamisha)

((Cameras planted all over my house)

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 4 of 7

On or about __2017 -2025__, my civil right to
(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by __U.S Air Force__
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

This Team Randomly showed up to stalk me Claim delusions of something on there technology investigation to result me at courthouse and to be someone else baby

There acting strange in public but more strange inside places that I'm at for some reason to beg and steal and Claim delusions with technology on there side

Hypnosis - He use (it) to decreses his Job to incresse

Camouflage - Watching only - is screaming and yelling and beg and sexually harrassing

Nano - Recording - Making up delusions

Deepfake audio - Undrcovr Converstation, N beg and breaking 1st amendment to frame, and threatning

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 5 of 7

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** ✓ Yes ____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): _Paul Olson Tamisha Lewis-Jung_

Defendant(s): _Paul Olson_

Name and location of court: _Nesbett Cour through_

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: ✓ Dismissed ____ Appealed ____ Still pending

Issues Raised: _Dissmiss Evidence (Footage)_

b. <u>Lawsuit 2</u>:

Plaintiff(s): _Tamisha Lewis -Jung_

Defendant(s): _U.S Air Force_

Name and location of court: _Nesbett Courthouse_

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: ✓ Dismissed ____ Appealed ____ Still pending

Issues Raised: _Dismissed Evidence (Footage)_

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _18,000,000_

2. Punitive damages in the amount of $ 18,000,000

3. An order requiring defendant(s) to To remove Sharleen from my house and to stop her with technology

4. A declaration that _____

5. Other: _____

Plaintiff demands a trial by jury. __✓__ Yes _____ No

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at _Anchorage, AK_ on _10/9/2025_
(Location)          (Date)

_____
(Plaintiff's Original Signature)

_____     _____
Original Signature of Attorney (if any)          (Date)

_____
_____
_____

Attorney's Address and Telephone Number